IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02054-MEH

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

WELLBRIDGE CLUB MANAGEMENT, L.L.C.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff David Katt; and Christopher D. Yvars on behalf of Defendant Wellbridge Club Management, L.L.C., hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

Respectfully submitted this 10th day of November 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT


/s/ Christopher D. Yvars
Christopher D. Yvars
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street
Suite 2750
Denver, CO 80202
Telephone: 303-572-5300
chris.yvars@wilsonelser.com
ATTORNEYS FOR DEFENDANT
WELLBRIDGE CLUB MANAGEMENT, L.L.C.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of November 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Christopher D. Yvars
chris.yvars@wilsonelser.com

                                  /s/ *Ari H. Marcus*