IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02054-MEH

DAVID KATT,

      Plaintiff,

v.

WELLBRIDGE CLUB MANAGEMENT, LLC,

      Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is the parties' Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed November 10, 2020; ECF 22]. The case was dismissed with prejudice as of the entry of the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal ") (emphasis added)); No order of dismissal is necessary. The Clerk of Court shall close this case.

      Dated and entered at Denver, Colorado, this 12th day of November, 2020.

                        BY THE COURT:

                        *Michael E. Hegarty*

                        Michael E. Hegarty
                        United States Magistrate Judge